# *Memorandum*

| Subj: | Date: |
|---|---|
| <u>United States v. Larry Roger Kristich, et al.</u><br>CR 07-[to be assigned] | July 13, 2007<br>**07-00691** |
| To: | From: |
| SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | SHANNON P. RYAN<br>Assistant United States Attorney<br>Criminal Division |

*FILED CLERK, U.S. DISTRICT COURT JUL 13 2007 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

The matter relating to the above-referenced criminal action,

<u>United States v. Larry Roger Kristich, et al.</u>, being filed on <u>July 13, 2007</u>,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

*/s/ Shannon Ryan*
SHANNON P. RYAN
Assistant United States Attorney
Criminal Division