# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Larry Roger Kristich<br><br>                                    Defendant. | Western Division<br><br>Case Number: 2:07-CR-00691-1        Indictment<br>Initial App. Date: 08/06/2007        Initial App. Time: 2:00 PM<br><br>Date Filed: 07/13/2007<br>Violation: 21:18, 846, 841(a)(1), 841(b)(1)(A), 841(a)(1), 841(b)(1)(A), 856, 1956(a)(1)(A)(i), 1957, 2, 853, 982<br>CourtSmart: 8/6/07 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES**<br>**MAGISTRATE JUDGE: Stephen J. Hillman** | **CALENDAR/PROCEEDINGS SHEET**<br>**LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**

| Sandra Butler | Doug Miller | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Assistant* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
      ☐ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED.**

☑ Attorney: David Michaels, Retained ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
      ☐ Special appearance by: _____.

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
      District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM _____

☑ PIA set for: 8-13-07 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____
      ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
      ☐ Warrant of removal and final commitment to issue.
      ☐ Warrant of removal and final commitment are ordered stayed until _____

☑ Case continued to (Date) 8-14-07 (Time) 9 AM ☒ AM / PM
      Type of Hearing: Detn Hrg Before Judge _____ / Duty Magistrate Judge.
      Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☐ Other: _____

☑ **PSA**          ☐ **FINANCIAL**          ☑ **READY**
                                                Deputy Clerk Initials _SB_
                                                _____ : 7