1 │ GEORGE S. CARDONA
  │ United States Attorney
2 │ THOMAS P. O'BRIEN
  │ Assistant United States Attorney
3 │ Chief, Criminal Division
  │ SHANNON P. RYAN (Cal. State Bar # 177807)
4 │ Assistant United States Attorney
  │ OCDETF Section
5 │      1400 United States Courthouse
  │      312 North Spring Street
6 │      Los Angeles, California 90012
  │      Telephone:   (213) 894-4586
7 │      Facsimile:   (213) 894-0142
  │      Email:      shannon.ryan@usdoj.gov
8 │
  │ Attorneys for Plaintiff
9 │ UNITED STATES OF AMERICA

10 │

11 │                  UNITED STATES DISTRICT COURT

12 │              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 │ UNITED STATES OF AMERICA,    )   No. CR 07-691-R
                                  )
14 │          Plaintiff,          )   STIPULATION REGARDING CONTINUANCE
                                  )   OF TRIAL DATE AND FINDINGS OF
15 │          v.                  )   EXCLUDABLE TIME UNDER SPEEDY
                                  )   TRIAL ACT
16 │ LARRY ROGER KRISTICH,        )
     JAMES CARBERRY, and          )   [PROPOSED] ORDER LODGED
17 │ JAMES LAWRENCE EALY,         )   CONCURRENTLY
                                  )
18 │          Defendants.         )   Proposed New Trial Date:
                                  )   November 13, 2007, at 9:00 a.m.
19 │ _____)

20 │
         The parties to the above-captioned action, Plaintiff United
21 │
     States of America and defendants Larry Roger Kristich, James
22 │
     Carberry, and James Lawrence Ealy (collectively, "defendants"),
23 │
     by and through their respective attorneys of record, hereby
24 │
     request that the Court consolidate and continue the trial dates
25 │
     previously scheduled in the above-captioned case to November 13,
26 │
     2007, and make the following findings under the Speedy Trial Act,
27 │
     18 U.S.C. §§ 3161, et seq.:
28 │

1.   The indictment in this case was filed on July 13, 2007.
Defendant James Lawrence Ealy made his initial appearance in this
district on July 18, 2007; defendant James Carberry made his
initial appearance in this district on July 27, 2007; and
defendant Larry Roger Kristich made his initial appearance in
this district on August 6, 2007.  Because the defendants are
joined in this case and no motion for severance has been granted,
the Speedy Trial Act originally required that trial commence no
later than October 15, 2007 (70 days from the initial appearance
of defendant Kristich).  See 18 U.S.C. § 3161(c)(1) & (h)(7).

2.   At post-indictment arraignments, the following trial
dates were set for each of the defendants:  defendant Ealy on
August 28, 2007; defendant Carberry on September 11, 2007; and
defendant Kristich on September 25, 2007.

3.   The parties jointly request that the Court consolidate
and continue the trial dates of all defendants to the date of
November 13, 2007, at 9:00 a.m., for the following reasons:

(a)  The government has produced discovery to
defendants, totaling over 1300 pages and voluminous bank and
financial records (on CD), and made available to defendants for
inspection and review extensive additional evidence.  This case
concerns a years-long business and the money laundering and
criminal forfeiture counts implicate bank and financial records
of many different accounts.  Defendants and their counsel require
additional time to review and evaluate the discovery in this
case, and each believe that failure to grant the above-requested
continuance would deny him the reasonable time necessary for
effective preparation, taking into account the exercise of due

1  diligence.

2          (b)   Defendants' counsel also have the following

3  commitments which make them unavailable for trial at certain

4  times:

5          (i)   Defendant Kristich's counsel is scheduled to

6  be out of the country from August 20 through September 20, 2007;

7  and is currently scheduled to commence a three-week trial on

8  October 22, 2007, in the Northern District of California, United

9  States v. Dugan, CR 03-20010.

10         (ii)   Defendant Carberry's counsel is currently

11  scheduled to commence trial in the Central District of California

12  on August 21, 2007, in United States v. Magdela-Ramirez; on

13  September 18, 2007, in United States v. Ferguson, CR 04-711-GAF

14  (three weeks); and on September 25, 2007, in United States v.

15  Vasquez-Valenzuela, CR 07-011-MMM.

16         (iii) Defendant Ealy's counsel is currently

17  scheduled to be out of the country from August 17 through 24,

18  2007.

19     4.   Based on the foregoing, the parties jointly request

20  that the Court consolidate and continue the previously-scheduled

21  trial dates to the date of November 13, 2007.  Defendants'

22  counsel represent that they have discussed the requested

23  continuance with their respective clients, and that defendants

24  each agree to the continuance as requested.

25     5.   For the purpose of computing time under the Speedy

26  Trial Act, 18 U.S.C. §§ 3161, et seq., within which trial must

27  commence, the time period from October 15, 2007, to November 13,

28  2007, should be found to be excludable pursuant to 18 U.S.C.

1  § 3161(h)(8)(A) because it results from a continuance granted by

2  the Court at the defendants' request without government objection

3  on the basis of the Court's finding that the ends of justice

4  served by taking such action outweigh the interests of the public

5  and the defendants in a speedy trial.

6      6.    Nothing in this stipulation and order shall preclude a

7  finding that other provisions of the Speedy Trial Act dictate

8  that additional time periods are excludable from the period

9  within which trial must commence.

10 DATED:  August _16_, 2007        GEORGE S. CARDONA
11                                  United States Attorney

12

13                                  _____
                                    SHANNON P. RYAN
14                                  Assistant United States Attorney
                                    Attorneys for Plaintiff
15                                  UNITED STATES OF AMERICA

16 DATED:  August ___, 2007         DAVID M. MICHAEL

17

18                                  _____
                                    DAVID M. MICHAEL
19                                  Attorney for Defendant
                                    LARRY ROGER KRISTICH

20

21 DATED:  August _16_, 2007        PHILIP DEITCH

22                                  _____
                                    PHILIP DEITCH
23                                  Attorney for Defendant
                                    JAMES CARBERRY

24

25 DATED:  August ___, 2007         TIMOTHY C. LANNEN

26

27                                  _____
                                    TIMOTHY C. LANNEN
28                                  Attorney for Defendant
                                    JAMES LAWRENCE EALY

4

1 § 3161(h)(8)(A) because it results from a continuance granted by

2 the Court at the defendants' request without government objection

3 on the basis of the Court's finding that the ends of justice

4 served by taking such action outweigh the interests of the public

5 and the defendants in a speedy trial.

6      6.    Nothing in this stipulation and order shall preclude a

7 finding that other provisions of the Speedy Trial Act dictate

8 that additional time periods are excludable from the period

9 within which trial must commence.

10

11 DATED:  August \_\_\_, 2007       GEORGE S. CARDONA
                                   United States Attorney

12

13                                    SHANNON P. RYAN
                                   Assistant United States Attorney

14                                    Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

15

16 DATED:  August 15, 2007       DAVID M. MICHAEL

17

18                                    DAVID M. MICHAEL
                                   Attorney for Defendant

19                                    LARRY ROGER KRISTICH

20

21 DATED:  August \_\_\_, 2007       PHILIP DEITCH

22

23                                    PHILIP DEITCH
                                   Attorney for Defendant

24                                    JAMES CARBERRY

25 DATED:  August \_\_\_, 2007       TIMOTHY C. LANNEN

26

27                                    TIMOTHY C. LANNEN
                                   Attorney for Defendant

28                                    JAMES LAWRENCE EALY

4

1   § 3161(h)(8)(A) because it results from a continuance granted by

2   the Court at the defendants' request without government objection

3   on the basis of the Court's finding that the ends of justice

4   served by taking such action outweigh the interests of the public

5   and the defendants in a speedy trial.

6        6.    Nothing in this stipulation and order shall preclude a

7   finding that other provisions of the Speedy Trial Act dictate

8   that additional time periods are excludable from the period

9   within which trial must commence.

10

11  DATED: August ___, 2007          GEORGE S. CARDONA
                                     United States Attorney
12

13                                   _____
                                     SHANNON P. RYAN
14                                   Assistant United States Attorney
                                     Attorneys for Plaintiff
15                                   UNITED STATES OF AMERICA

16  DATED: August ___, 2007          DAVID M. MICHAEL

17

18                                   _____
                                     DAVID M. MICHAEL
19                                   Attorney for Defendant
                                     LARRY ROGER KRISTICH
20

21  DATED: August ___, 2007          PHILIP DEITCH

22

23                                   _____
                                     PHILIP DEITCH
                                     Attorney for Defendant
24                                   JAMES CARBERRY

25  DATED: August 15, 2007           TIMOTHY C. LANNEN

26

27                                   _____
                                     TIMOTHY C. LANNEN
28                                   Attorney for Defendant
                                     JAMES LAWRENCE EALY

                                     4