**DAVID M. MICHAEL, CSB 74031**
**Law Offices of David M. Michael**
**101 California Street, Suite 2450**
**San Francisco, CA 94111**
**Telephone: (415) 946-8996**
**Facsimile:  (877) 538-6220**
**E-mail: dmmp5@aol.com**

**Attorney for Defendant**
**LARRY ROGER KRISTICH**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    **Case No. CR 07-00691 R**

             Plaintiff,                      **NOTICE OF APPEARANCE**

      v.

LARRY ROGER KRISTICH, et al.,

             Defendant.
_____/

       TO THE CLERK OF THE ABOVE-ENTITLED COURT,  THE UNITED STATES
ATTORNEY FOR THE CENTRAL  DISTRICT OF CALIFORNIA, AND ANY OTHER
INTERESTED PARTY:

       PLEASE TAKE NOTICE that David M. Michael hereby gives notice of his appearance as

attorney of record on behalf of Defendant LARRY ROGER KRISTICH in the above entitled

matter.

Dated: 1 November 2007

                              Respectfully submitted,

                              S/DAVID M. MICHAEL_____
                              DAVID M. MICHAEL
                              Attorney for Defendant
                              LARRY KRISTICH

NOTICE OF APPEARANCE
Case No. CR 07-00691 R                                                    1

1

2

3 **CERTIFICATE OF ELECTRONIC FILING**

4        The undersigned hereby certifies that, on 5 November 2007, he caused to be electronically

5 filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a

6 notice of electronic filing to the following:

7

8 AUSA Shannon Ryan. CSB #177807
Office of the U.S. Attorney
9 1400 U.S. Courthouse
312 N. Spring Street
10 Los Angeles, CA   90012
Telephone (213) 894-4586
11 Facsimile:  (213) 894-0142
shannon.ryan@usdoj.gov

12

13

14

15                        S/DAVID M. MICHAEL
                         DAVID M. MICHAEL

16

17

18

19

20

21

22

23

24

25

26

27

28 NOTICE OF APPEARANCE
Case No. CR 07-00691 R                                      2